**FILED**

UNITED STATES COURT OF APPEALS

MAY 10 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BOGDAN RENTEA,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>DEAN JANES,<br><br>    Defendant - Appellee. | No. 11-57063<br><br>D.C. No. 2:11-cv-07345-RGK-MRW<br>Central District of California<br>Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The appellant's motion under Federal Rule of Appellate Procedure 42(b) for voluntary dismissal with prejudice is granted.

A copy of this order shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of Court

Grace S. Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
    and Ninth Circuit 27-10

GS  05/07/12/Pro Mo